UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-76-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | NOTICE OF INTENT TO SEEK |
| v. | : | ENHANCED PENALTY PURSUANT |
| | : | TO TITLE 21, UNITED STATES |
| CORNELIUS KEITH SMITH | : | CODE, SECTION 851 |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby files this Notice of Intent, Pursuant to Title 21, United States Code, Section 851, to Seek an Enhanced Penalty as required before trial or entry of a plea of guilty. This notice advises the Court and CORNELIUS KEITH SMITH, the defendant herein, that the defendant faces enhanced punishment under Title 21, United States Code, Section 841(b), since he was previously convicted in the State of North Carolina of one felony drug offenses.

On June 10, 2003, in the Eastern District of North Carolina, the defendant, CORNELIUS KEITH SMITH, was convicted of a felony drug offense that being possession of cocaine, Case No. 2002CRS056135(see

(This space intentionally left blank)

attached Exhibit A).

Respectfully submitted, this the 19th day of August, 2010.

                GEORGE E. B. HOLDING
                United States Attorney

      BY:  /s/ Timothy Severo
            TIMOTHY SEVERO
            Special Assistant United States Attorney
            Criminal Division
            310 New Bern Avenue
            Suite 800
            Raleigh, NC 27601
            Telephone: 919-856-4500
            Fax: 919-856-4487
            Email: Tim.Severo@usdoj.gov
            NC State Bar No. 19621

## CERTIFICATE OF SERVICE

This is to certify that I have this the 19th day of August, 2010, served a copy of the foregoing Government's Notice upon the counsel for the defendant in this action by electronically filing the foregoing with the Clerk of court, using the CM/ECF system which will send notification of such filing to:

Joel Merritt Wagoner
Attorney at Law
29 N. 3rd Street
Wilmington, NC 28401
merrittwagoner@hotmail.com

BY: /s/ Timothy Severo
TIMOTHY SEVERO
Special Assistant United States Attorney
Criminal Division
310 New Bern Avenue
Suite 800
Raleigh, NC 27601
Telephone: 919-856-4500
Fax: 919-856-4487
Email: Tim.Severo@usdoj.gov
NC State Bar No. 19621