AO 245B (Rev. 12/03) Judgment in Criminal Case
NCED Sheet 2 — Imprisonment

DEFENDANT: CORNELIUS KEITH SMITH
CASE NUMBER: 7:10-CR-76-1-FL

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**267 Months on Count 1 and a term of 60 Months on Count 3, to be served consecutively, producing a total term of 327 months. BOP to closely monitor the defendant's compliance with child support obligations in the probation officer's report.**

☑ The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends the Most Intensive Drug Treatment Program while imprisoned. The Court also recommends that the defendant receive a Mental Health Evaluation/Treatment including anger management while imprisoned.**

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before ____ p.m. on _____

    ☐ as notified by the United States Marshal. ☐ Or

    ☐ as notified by the Probation or Pretrial Services Office.

FILED
APR 0 1 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

## RETURN

I have executed this judgment as follows:

Defendant delivered on 3-22-11 to USP Atwater

a Atwater Ca , with a certified copy of this judgment.

HA Rios Jr Warden
UNITED STATES MARSHAL

By Clawson CSO
DEPUTY UNITED STATES MARSHAL

RECEIVED
APR 0 1 2011
U.S. Marshals Service, EDNC

Case 7:10-cr-00076-FL Document 32 Filed 01/07/11 Page 2 of 7
Case 7:10-cr-00076-FL Document 39 Filed 04/01/11 Page 1 of 1